| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| __Southern__ District of __New York__ |
| (State) |
| Case number (if known): _____ Chapter __7__ |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Fyre Festival LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   EIN ___ – ___ ___ ___ ___ ___ ___ ___

5. **Debtor's address**

   **Principal place of business**

   52 Lispenard Street, TH1
   Number    Street

   New York        NY    10011
   City            State ZIP Code

   New York
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City            State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City            State ZIP Code

Debtor  Fyre Festival LLC                                              Case number (if known)_____
        Name

6. Debtor's website (URL)    _____

7. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the types of business listed.
   ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

   ☒ No
   ☐ Yes. Debtor _____  Relationship _____
       District _____ Date filed _____ Case number, if known _____
                                MM / DD / YYYY

       Debtor _____  Relationship _____
       District _____ Date filed _____ Case number, if known _____
                                MM / DD / YYYY

## Part 3: Report About the Case

10. Venue

    Check one:

    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    At least one box must be checked:

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  Fyre Festival LLC          Case number (if known) _____
        Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| John Nemeth | Investment Agreement | $ 180,000 |
| Raul Jimenez | Investment Agreement | $ 100,000 |
| Andrew Newman | Investment Agreement | $ ~~100,000~~ 350,000 |
| | Total of petitioners' claims | $ ~~380,000~~ 530,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

John Nemeth c/o Sher Tremonte LLP
Name

90 Broad Street, 23rd Floor
Number  Street

New York          NY       10004
City              State    ZIP Code

Name and mailing address of petitioner's representative, if any

Robert Knuts, Sher Tremonte LLP
Name

90 Broad Street, 23rd Floor
Number  Street

New York          NY       10004
City              State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/7/2017
             MM / DD / YYYY

X  /s/ J. Nemeth - Investor -
Signature of petitioner or representative, including representative's title

**Attorneys**

Robert Knuts
Printed name

Sher Tremonte LLP
Firm name, if any

90 Broad Street, 23rd Floor
Number  Street

New York          NY       10004
City              State    ZIP Code

Contact phone  212-202-2638   Email rknuts@shertremonte.com

Bar number  1943109

State  New York

X  /s/ 
Signature of attorney

Date signed  7/7/2017
             MM / DD / YYYY


Fyre Festival LLC
Name

### Name and mailing address of petitioner

Raul Jimenez c/o Sher Tremonte LLP
Name

90 Broad Street, 23rd Floor
Number   Street

New York         NY       10004
City             State    ZIP Code

### Name and mailing address of petitioner's representative, if any

Robert Knuts, Sher Tremonte LLP
Name

90 Broad Street, 23rd Floor
Number   Street

New York         NY       10004
City             State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/7/2017
            MM / DD / YYYY

✗ _/s/ Raul Jimenez_
Signature of petitioner or representative, including representative's title

Robert Knuts
Printed name

Sher Tremonte LLP
Firm name, if any

90 Broad Street, 23rd Floor
Number   Street

New York              NY       10004
City                  State    ZIP Code

Contact phone 212-202-2638   Email rknuts@shertremonte.com

Bar number   1943109

State        New York

✗ _/s/ Robert Knuts_
Signature of attorney

Date signed  7/7/2017
            MM / DD / YYYY

---

### Name and mailing address of petitioner

Andrew Newman c/o Sher Tremonte LLP
Name

90 Broad Street, 23rd Floor
Number   Street

New York         NY       10004
City             State    ZIP Code

### Name and mailing address of petitioner's representative, if any

Robert Knuts, Sher Tremonte LLP
Name

90 Broad Street, 23rd Floor
Number   Street

New York         NY       10004
City             State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Robert Knuts
Printed name

Sher Tremonte LLP
Firm name, if any

90 Broad Street, 23rd Floor
Number   Street

New York              NY       10004
City                  State    ZIP Code

Contact phone 212-202-2638   Email rknuts@shertremonte.com

Bar number   1943109

State        New York

✗ _____
Signature of attorney

Date signed  _____
            MM / DD / YYYY

Debtor: Fyre Festival LLC  
Case number (if known): _____

**Name and mailing address of petitioner**

Name: Raul Jimenez c/o Sher Tremonte LLP
Number Street: 90 Broad Street, 23rd Floor
City: New York   State: NY   ZIP Code: 10004

**Name and mailing address of petitioner's representative, if any**

Name: Robert Knuts, Sher Tremonte LLP
Number Street: 90 Broad Street, 23rd Floor
City: New York   State: NY   ZIP Code: 10004

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____ (MM/DD/YYYY)

✗ _____
Signature of petitioner or representative, including representative's title

---

Printed name: Robert Knuts
Firm name, if any: Sher Tremonte LLP
Number Street: 90 Broad Street, 23rd Floor
City: New York   State: NY   ZIP Code: 10004
Contact phone: 212-202-2638   Email: rknuts@shertremonte.com
Bar number: 1943109
State: New York

✗ _____
Signature of attorney

Date signed: ___/___/_____ (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: Andrew Newman c/o Sher Tremonte LLP
Number Street: 90 Broad Street, 23rd Floor
City: New York   State: NY   ZIP Code: 10004

**Name and mailing address of petitioner's representative, if any**

Name: Robert Knuts, Sher Tremonte LLP
Number Street: 90 Broad Street, 23rd Floor
City: New York   State: NY   ZIP Code: 10004

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/6/2017 (MM/DD/YYYY)

✗ *Andrew Newman* (signed)
Signature of petitioner or representative, including representative's title

---

Printed name: Robert Knuts
Firm name, if any: Sher Tremonte LLP
Number Street: 90 Broad Street, 23rd Floor
City: New York   State: NY   ZIP Code: 10004
Contact phone: 212-202-2638   Email: rknuts@shertremonte.com
Bar number: 1943109
State: New York

✗ *Robert Knuts* (signed)
Signature of attorney

Date signed: 7/6/2017 (MM/DD/YYYY)