**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

In the Matter of                                          :

FYRE FESTIVAL LLC,                             :          Case No. 17-11883-mg

                    Debtor.                  :
---------------------------------------------------------------x

## ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES
## AND OTHER DOCUMENTS

On consideration of the involuntary petition against the above-named debtor, an Order for Relief under Chapter 7 of the Bankruptcy Code is granted. The debtor is ordered to file all schedules, statements, lists and other documents that are required under the Federal and Local Rules of Bankruptcy Procedure. This includes, among other things, the following: 1) the filing of a creditors' matrix prepared in accordance with the specifications required under Local Rule 1007-1; and 2) for *Chapter 11 cases*, the filing of an affidavit and proposed case conference order as required under Local Rule 1007-2. All filings—including the schedules, statements, lists, creditors' matrix and Rule 1007-2 affidavit (*Chapter 11 only*)—shall be filed within fourteen (14) days from the date of entry of this order, with the exception of a proposed case conference order (*Chapter 11 only*), which shall be filed within thirty (30) days from the date of entry of this order.

**IT IS SO ORDERED.**

Dated:  August 29, 2017
         New York, New York

                                                  **/s/ Martin Glenn**
                                                  MARTIN GLENN
                                      United States Bankruptcy Judge