

**U.S. Department of Justice**
Office of the United States Trustee

*Southern District of New York*

---

U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY   10014
Phone: (212) 510-0500
Fax: (212) 668-2255

## CASE MEMORANDUM

| | |
|---|---|
| TO: | Case Administration – Judge Team for Judge Glenn<br>New York, New York |
| FROM: | Linda A. Riffkin<br>Assistant United States Trustee |
| PREPARED BY: | Maria M. Catapano |
| DATE: | August 31, 2017 |
| RE: | Appointment of Chapter 7 Trustee – Involuntary<br>Chapter 7 Case – And Scheduling of Section 341(a)<br>Meeting To Be Noticed by the Clerk's Office |

---

The below listed cases have been reviewed.

**Gregory Messer, Esq.,** has been selected as the interim trustee for the case.   His address is **Law Offices of Gregory Messer, PLLC, 26 Court Street, Suite 2400, Brooklyn, New York 11242.**    Telephone Number **(718) 858-1474.**   Fax Number **(718) 797-5360.**

Please schedule the 341(a) meeting for this New York Case on **November 17, 2017** at the time indicated below:

### INVOLUNTARY – CHAPTER 7 CASE

11:00 AM

**Fyre Festival LLC,.**                                                  Case No. 17-11883 (MG)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X

In re:

**Fyre Festival LLC,**                                                    Case No. 17-11883 (MG)

                                Debtor.

------------------------------------------------- X

**NOTICE TO TRUSTEE OF APPOINTMENT
AND FIXING AMOUNT OF BOND**

TO:    Gregory Messer, Esq.
         Law Offices of Gregory Messer, PLLC
         26 Court Street, Suite 2400
         Brooklyn, New York   11232

       An order for relief having been entered in the above-captioned involuntary case (11 U.S.C. § 303(h)), which was commenced July 7, 2017, you have been appointed, pursuant to 11 U.S.C. 701(a) as Interim Trustee for the estate(s) of the above named debtor.  See 11 U.S.C. 701(c).  If no trustee is elected, you shall serve as the Trustee in this case by operation of law. 11 U.S.C. 702(d).

       The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company, which is on file with the Office.  See 11 U.S.C. § 322(a) Federal Rules of Bankruptcy Procedure 2010(a).  In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:  New York, New York
         August 31, 2017

                                              **WILLIAM K. HARRINGTON**
                                              UNITED STATES TRUSTEE

                              By:    /s/   Linda A. Riffkin
                                            Linda A. Riffkin
                                            Assistant United States Trustee
                                            Federal Office Building
                                            201 Varick Street,  Room 2006
                                            New York, NY   10014