**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
In re:                                              :         Chapter 7
                                                    :
FYRE FESTIVAL LLC,                                  :         Case No. 17-11883(MG)
                                                    :
                            Debtor.                 :
------------------------------------------------------------ X

## ORDER ON MOTION OF EHL FUNDING LLC
## FOR A COMFORT ORDER AND/OR RELIEF FROM THE AUTOMATIC STAY

Upon the motion of EHL Funding LLC ("EHL") for entry of a comfort order and/or order of relief from the Automatic Stay in accordance with 11 U.S.C. § 362(a) and (j) permitting EHL to proceed as against defendant Fyre Media Inc. in a matter pending before the Supreme Court, State of New York, entitled *EHL Funding LLC v. FYRE Festival LLC and FYRE Media Inc.*, New York County Index Number 653127/2017, and as against defendants William McFarland, Jeffrey Atkins, and Robert Nemeth and their respective aliases in a matter pending before the Supreme Court, State of New York, entitled *EHL Funding LLC v. William Z. McFarland, Jeffrey Atkins, and Robert Nemeth*, New York County Index Number 652546/2017, and upon the hearing before this Court held on June 26, 2018, and sufficient cause appearing therefore, it is

**ORDERED**, that the motion is granted in all respects; and it is further

[*Remainder of page intentionally left blank*]

**ORDERED**, that the automatic stay does not bar EHL from proceeding as against non-debtor co-defendants, and EHL may proceed as against Fyre Media Inc. in a matter pending before the Supreme Court, State of New York, entitled *EHL Funding LLC v. FYRE Festival LLC and FYRE Media Inc.*, New York County Index Number 653127/2017, and as against defendants William McFarland, Jeffrey Atkins, and Robert Nemeth and their respective aliases in a matter pending before the Supreme Court, State of New York, entitled *EHL Funding LLC v. William Z. McFarland, Jeffrey Atkins, and Robert Nemeth*, New York County Index Number 652546/2017.

**IT IS SO ORDERED.**

Dated:   June 27, 2018
         New York, New York

                                                    ____*Martin Glenn*_____
                                                         MARTIN GLENN
                                                    United States Bankruptcy Judge