**LaMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Gary F. Herbst, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                                                    Chapter 7

FYRE FESTIVAL LLC,                                                         Case No. 17-11883 (MG)

                Debtor.
-------------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT DISCLOSING INCREASE IN HOURLY RATES EFFECTIVE FEBRUARY 1, 2019

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NASSAU     )

GARY F. HERBST, ESQ., being duly sworn, deposes and says:

    1.    I am a member of the firm of LaMonica Herbst & Maniscalco, LLP ("LH&M"), which maintains its offices at 3305 Jerusalem Avenue, Wantagh, New York 11793. I am duly admitted to practice law before this Court and the courts of the State of New York. I have personal knowledge of the facts set forth herein.

    2.    By Order dated October 18, 2017 (the "Employment Order") [Dkt. No. 12], the Court approved the employment of LH&M as counsel to Gregory Messer, Esq., the Chapter 7 Trustee of the estate of Fyre Festival LLC (the "Trustee").

    3.    The Employment Order provides, in pertinent part, as follows:

> . . . ten business days prior to any increases in LH&M's hourly rates (other than those set forth in the Application), LH&M shall file a supplemental affidavit with the Court (the "Supplemental Affidavit"). The Supplemental Affidavit shall explain the basis for the requested rate increase in accordance with Bankruptcy Code § 330(a)(3)(F).

    4.    In accordance with the Employment Order, I submit this Supplemental Affidavit disclosing an increase in LH&M's hourly rates effective as of February 1, 2019.

1

5. LH&M's current hourly rates are as follows: (a) up to one hundred and seventy five dollars ($175.00) for para-professionals; (b) up to four hundred dollars ($400.00) for associates; and (c) up to five hundred and ninety-five ($595.00) for partners. LH&M has determined to increase its hourly rates based upon, inter alia, increased operating costs and expenses, insurance costs and employee costs.

6. Effective February 1, 2019, LH&M's hourly rates will increase as follows: (a) up to two hundred dollars ($200.00) for para-professionals; (b) up to four hundred and twenty-five dollars ($425.00) for associates; and (c) up to six hundred and thirty-five dollars ($635.00) for partners. The current and new hourly rates of LH&M professionals after February 1, 2019 are as follows:

| Professional/Title | Current Hourly Rate | Increased Hourly Rate |
|---|---|---|
| Salvatore LaMonica, Member | $595.00 | $635.00 |
| Gary F. Herbst, Esq., Member | $595.00 | $635.00 |
| Joseph S. Maniscalco, Member | $575.00 | $615.00 |
| David A. Blansky, Partner | $495.00 | $525.00 |
| Adam P. Wofse, Partner | $475.00 | $500.00 |
| Melanie A. FitzGerald, Partner | $435.00 | $460.00 |
| Holly R. Holecek, Partner | $425.00 | $450.00 |
| Jacqulyn S. Loftin, Partner | $425.00 | $450.00 |
| Jordan Pilevsky, Partner | $425.00 | $450.00 |
| Michael T. Rozea, Associate | $400.00 | $425.00 |
| Jordan Weiss, Associate | $300.00 | $325.00 |
| Dana Matzinger, Paralegal | $175.00 | $200.00 |
| Danielle George, Paralegal | $175.00 | $200.00 |
| Laura Nuzzi, Paralegal | $160.00 | $160.00 |

7.      LH&M has carefully considered the rate increase. This rate increase is less than 3% per year and accordingly, the rate increase is reasonable, especially given the rise in costs and expenses that LH&M has incurred. Furthermore, LH&M has not increased its rates in close to 3 years. This increase is on par with the cost of inflation. Based on the forgoing, I believe that the new hourly rates set forth herein are reasonable and customary.

*s/ Gary F. Herbst*
Gary F. Herbst

Sworn to before me this
16th day of January 2019

*s/ Angela Colucci*
Angela Colucci
Notary Public, State of New York
No. 01CO4674875
Qualified in Nassau County
Commission Expires July 31, 2022