**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re                                                                          :
                                                                                    :      Chapter 7
FYRE FESTIVAL LLC,                                              :
                                                                                    :      Case No. 17-11883-mg
                                                Debtor.           :
------------------------------------------------------------x

*EX-PARTE* ORDER, PURSUANT TO FED. R. BANKR. P. 2004, AUTHORIZING THE TRUSTEE TO EXAMINE (I) AMERICAN AIRLINES, INC.; (II) MATTE FINISH LLC; (III) NATIONAL EVENT SERVICES INC.; (IV) EVENTSTAR STRUCTURES CORPORATION; (V) SEACOR ISLAND LINES LLC; (VI) SOUTHERN GLAZER'S WINE & SPIRITS, LLC; (VII) STARR RESTAURANTS CATERING GROUP; (VIII) TERENCE WINDER; (IX) EXECUTIVE FLIGHT SUPPORT; (X) AMERICAN EXPRESS; (XI) TRUST HOSPITALITY LLC; (XII) GLOBAL COVERAGE, INC.; (XIII) JFB LTD.; (XIV) UNREAL SYSTEMS; (XV) YARON LAVI; AND (XVI) SWIFT AIR, LLC

Upon the *ex-parte* application (the "Application") of Gregory M. Messer, Chapter 7 trustee (the "Trustee") of the estate of Fyre Festival LLC (the "Debtor"), for entry of an order, pursuant to Fed. R. Bankr. P. 2004, authorizing him to examine (i) American Airlines, Inc.; (ii) Matte Finish LLC; (iii) National Event Services Inc.; (iv) Eventstar Structures Corporation; (v) Seacor Island Lines LLC; (vi) Southern Glazer's Wine & Spirits, LLC; (vii) Starr Restaurants Catering Group; (vii) Terence Winder; (ix) Executive Flight Support; (x) American Express; (xi) Trust Hospitality LLC; (xii) Global Coverage, Inc.; (xiii) JFB Ltd.; (xiv) Unreal Systems; (xv) Yaron Lavi; and (xvi) Swift Air, LLC (each proposed examinee, an "Examinee," collectively, the "Examinees"), and no notice of the relief sought in the Application being required or necessary; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that pursuant to Bankruptcy Rules 2004 and 9016, the Trustee shall be, and hereby is, authorized to serve subpoena(s) *duces tecum* (collectively, the "Subpoenas"; each a

"Subpoena") upon each of the Examinees; and it is further

**ORDERED**, that each Examinee is directed to either timely comply with the terms of this Order and any Subpoena issued to them or make an appropriate motion for a protective order or to quash any Subpoena; and it is further

**ORDERED**, that unless otherwise ordered by this Court, no Subpoena shall seek the production or inspection of documents or things on less than fourteen (14) days' notice; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to any disputes that arise with respect to this Order, or any Subpoena issued hereunder, unless this Court lacks jurisdiction over the witness because the Subpoena is issued from a Court other than this one.

Dated:  January 24, 2019
        New York, New York

                                            **/s/Martin Glenn**
                                            MARTIN GLENN
                                  United States Bankruptcy Judge