10/1/19

To: The Honorable Martin Glenn,

I am writing to request your permission to remove my attorney, Tallen Todorovich, and his firm, the Law Office of Tallen PC, from the FYRE Festival LLC Chapter 7 bankruptcy (Case No. 17-11883-MG).

Due to my status as an inmate at FCI Otisville, I cannot afford to pay Mr. Todorovich. I believe it would be unfair and unjust for me to cause Mr. Todorovich and his firm financial and legal burden.

Prior to being made aware that Mr. Todorovich was still engaged on this matter, I received the complaints from the Trustee's counsel. I promptly responded to the complaints expressing the following:

RECEIVED
OCT - 8 2019
U.S. BANKRUPTCY COURT, SDNY

↳ I agree that I'm responsible for every dollar owed to investors and ticket-holders.

↳ The commitment to recovery is one I take extremely seriously, and one I look forward to dedicating myself to post-release.

↳ I believe the first step I can make

is to cause Your Honor, the Court, Trustee, and any relevant attorneys the least amount of friction.

4) I don't know how this process works, and my response may be unconventional, but I asked the Trustee's counsel for advice on how to respond to the complaints in the manner that best assists with their efforts, and provides the least difficulty for the previously mentioned parties.

Thank you, Your Honor, for your consideration.

Sincerely,
Billy McFarland