**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                              :
                                                   :         Chapter 7
FYRE FESTIVAL LLC,                                 :
                                                   :         Case No. 17-11883 (MG)
                         Debtor.                   :
----------------------------------------------------------------x

**ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING THE STIPULATION OF SETTLEMENT BETWEEN THE TRUSTEE AND TICKETHOLDER CLAIMANTS**

Upon the motion (the "Motion")[1] of Gregory M. Messer, as Chapter 7 Trustee (the "Trustee") for the estate of Fyre Festival LLC, the above-captioned debtor (the "Debtor"), for an order, pursuant to Fed. R. Bankr. P. 9019, approving a certain stipulation of settlement (the "Agreement") between, the Trustee and each of the claimant ticketholders (each a "Ticketholder Claimant," collectively, the "Ticketholder Claimants"), who filed Proofs of Claim Nos. 4 to 281 (each a "Ticketholder Claim," collectively, the "Ticketholder Claims" and together with the Trustee, the "Parties"); and due and proper notice of the Motion and hearing thereon having been given to all creditors and parties in interest as required by Fed. R. Bankr. P. 2002; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual basis set forth in the Motion establishes just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1.  The Agreement is approved and the Parties are fully authorized and directed to consummate the terms thereof.

---

[1] All capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

2. This Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order and the Agreement.

Dated: New York, New York
_____, 2021

_____
HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE
